# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AMBER MARIE KETCHERSID,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security Administration,<br>*Defendant* | )<br>)<br>)  Civil Action No.  13-CV-5027-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment is entered for Plaintiff. Pursuant to sentence four of 42 U.S.C. § 405(g), this action is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Order Granting Stipulated Motion for Remand.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Stipulated Motion for Remand (ECF No. 17).

Date:  November 27, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen